# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAVIER LOPEZ VILLAGOMEZ, : | |
|    *Plaintiff*, : | |
| : | CIVIL ACTION |
| v. : | NO.: 17-3929 |
| : | |
| KAOLIN MUSHROOM FARMS, INC. : | |
|    *Defendant*. : | |

## ORDER

**AND NOW**, this 14th day of March, 2019, upon consideration of Defendant's Motion for Summary Judgment (ECF Nos 23-26) and Plaintiff's Opposition thereto (ECF Nos. 27, 29), it is hereby **ORDERED** that said motion is **DENIED**.

It is further **ORDERED** that on or before **March 21, 2019** the Parties shall either schedule a settlement conference with the Honorable Lynne A. Sitarski, United States Magistrate Judge or mediation through the Court-Annexed Mediation Program, and inform the Court, via facsimile, of the date scheduled.

It is further **ORDERED** that the Parties shall file a joint status update within ten (10) days after the settlement conference or mediation informing the Court if the matter has settled. Should the Parties fail to settle, the Court will issue a trial Case Management Order in short order.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II     J.